# ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                         1397-0
   jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Third-Party Defendant
REASSURE AMERICA LIFE INSURANCE
COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS M. ROGERS, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PYRAMIDAL FUNDING SYSTEMS, INC., A California Corporation, dba XELAN INSURANCE SERVICES; and WILLIAM L. COATS et al., <br><br> Defendants. | CIVIL NO. CV 03-288 TSZ/BMK <br><br> REASSURE AMERICA LIFE INSURANCE COMPANY'S STATUS REPORT; CERTIFICATE OF SERVICE <br><br> CONFERENCE: February 20, 2007 <br>                        9:00 A.M. <br> JUDGE: Barry M. Kurren |

1517477.1

PYRAMIDAL FUNDING SYSTEMS, INC., a California corporation, dba XELAN INSURANCE SERVICES, and WILLIAM L. COATS,

        Third-Party Plaintiffs,

vs.

REASSURE AMERICA LIFE INSURANCE COMPANY, an Illinois Corporation,

        Third-Party Defendant.

## REASSURE AMERICA LIFE INSURANCE COMPANY'S STATUS REPORT

Reassure America Life Insurance Company hereby submits the most recent Trustees' Chapter 11 Status Report filed in the Xelan/Pyramidal Funding System bankruptcy.

DATED: Honolulu, Hawaii, SEP 2 6 2006 .

 

*/s/ John R. Lacy*
JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Third-Party Defendant
REASSURE AMERICA LIFE INSURANCE COMPANY

2