IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS M. ROGERS, M.D., <br><br>　　　　Plaintiff, <br><br>vs. <br><br>PYRAMIDAL FUNDING SYSTEMS, INC., A California Corporation, dba XELAN INSURANCE SERVICES; and WILLIAM L. COATS et al., <br><br>　　　　Defendants. | CIVIL NO. CV 03-288 TSZ/BMK <br><br>CERTIFICATE OF SERVICE <br><br>(RE: *Reassure America Life Insurance Company's Status Report*) <br><br>CONFERENCE: February 20, 2007 <br>　　　　　　　　9:00 A.M. <br>JUDGE: Barry M. Kurren |
| PYRAMIDAL FUNDING SYSTEMS, INC., a California corporation, dba XELAN INSURANCE SERVICES, and WILLIAM L. COATS, <br><br>　　　　Third-Party Plaintiffs, <br><br>vs. <br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, an Illinois Corporation, <br><br>　　　　Third-Party Defendant. | |

1517477.1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was served upon the following party by U. S. mail:

JERRY M. HIATT, ESQ.
DAVID R. HARADA-STONE, ESQ.
Law Offices of Jerry M. Hiatt
Parker Square, Suite 204
65-1279 Kawaihae Road
Kamuela, HI  96743

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii,    SEP 2 6 2006            .

JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Third-Party Defendant
REASSURE AMERICA LIFE
INSURANCE COMPANY

2