# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/20/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 05-00288TSZ-BMK

CASE NAME:         Douglas M. Rodgers, M.D. v. Pyramidal Funding Systems, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:    John Lacy

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C5 no record

DATE:     2/20/2007                TIME:        9:15 - 9:16

---

COURT ACTION: EP: Status Conference Re Bankruptcy Stay - held. Per Mr. Lacy, case will be dismissed. Status Conference Re Dismissal is set for 6/25/2007 @ 9 a.m. before Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager