# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00288TSZ-BMK |
| CASE NAME: | Douglas M. Rogers, M. D. Vs. Pyramidal Funding Systems, Inc., et al. |
| ATTYS FOR PLA: | Non Appearance |
| ATTYS FOR DEFT: | John Lacy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 06/25/2007 | TIME: | 9:10am-9:13am |

COURT ACTION:  EP: Status Conference Re:Dismissal-Discussion regarding the Status of the Dismissal.  This matter continued to 9/24/2007 @9:00 a.m. before this Court.


Submitted by Leslie L. Sai, Courtroom Manager