# MINUTES

CASE NUMBER:     CV NO. 03-00288TSZ-BMK

CASE NAME:       Douglas M. Rogers, M. D. Vs. Pyramidal Funding Systems Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:  John Lacy

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:   None

DATE:     09/24/2007               TIME:       3:25pm-3:27pm

COURT ACTION:  EP: Continued Status Conference Re: Dismissal-The Case will be dismissed. There is a hold up as to the Dismissal Documents with the BK Trustee. This case will be set for a Status Conference Re Dismissal every month until the Dismissal is submitted.

This Status Conference is continued to 10/24/2007 @9:00 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager