# MINUTES

CASE NUMBER: CV 03-00288TSZ-BMK

CASE NAME: Douglas M. Rogers, M.D. v. Pyramidal Funding Systems, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT: John Lacy

INTERPRETER:

JUDGE: Barry M. Kurren      REPORTER:

DATE: 11/01/2007            TIME:

COURT ACTION:  EO: Continued Status Conference Re Dismissal (without the court's presence) - Mr. Lacy submitted the settlement agreement between the trustee and Reassure to the court.  Mr. Lacy instructed to prepare a Stipulation for Dismissal.

Submitted by Richlyn Young, Courtroom Manager