ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC - 3 2007

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

CIVIL 03-00288TSZ-BMK

| | |
|---|---|
| DOUGLAS M. ROGERS, M.D., <br><br> Plaintiff, <br><br> V. <br><br> PYRAMIDAL FUNDING SYSTEMS, INC., a California Corporation, dba XELAN INSURANCE SERVICES; and WILLIAM L. COATS et. al., <br><br> Defendants. <br><br> PYRAMIDAL FUNDING SYSTEMS, INC., a California Corporation, dba XELAN INSURANCE SERVICES; and WILLIAM L. COATS, <br><br> Third-Party Plaintiffs, <br><br> V. <br><br> REASSURE AMERICA LIFE INSURANCE COMPANY, <br><br> Third-Party Defendant. | Case No. CV 03-288-DAE (BMK) <br><br> ~~(PROPOSED)~~ ORDER ON KEITH H. RUTMAN AND JAMES A. NAKANO'S MOTION TO WITHDRAW AS COUNSEL OF RECORD <br><br> Date:  June 29, 2004 <br> Time:  11:00 A.M. <br> Magistrate Judge:  Barry M. Kurren <br><br><br><br> Trial Date:  none <br> Judge:  David A. Ezra (pending reassignment to visiting Senior U.S. District Judge Thomas S. Zilly) |

The above-identified MOTION TO WITHDRAW AS COUNSEL OF RECORD came on for hearing before the Honorable <u>Barry M. Kurren</u> in his courtroom in the United States Courthouse, Price Kuhio Federal Building, 300 Ala Moana Boulevard,

Honolulu, Hawaii 96813, on June 29, 2004 at 11:00 o'clock a.m.

Present were Keith H. Rutman and James A. Nakano, moving parties and counsel of record for Defendants PYRAMIDAL FUNDING SYSTEMS, INC. and WILLIAM L. COATS, Defendant COATS, Paul Leeds, Esq., bankruptcy counsel for Defendant PYRAMIDAL FUNDING SYSTEMS, INC., Jerry Hiatt, counsel for Plaintiff DOUGLAS M. ROGERS, and John Lacy, counsel for Third Party Defendant REASSURE.

The Court having considered the matter, and having reviewed the pleadings and arguments of counsel, IT IS HEREBY ORDERED THAT:

KEITH H. RUTMAN and JAMES A. NAKANO's (and his firm of DEVENS, NAKANO, SAITO, LEE, WONG & CHING's) Motion to Withdraw as Counsel of Record is GRANTED.

Defendants PYRAMIDAL FUNDING SYSTEMS, INC. and WILLIAM L. COATS are ordered to appear with new counsel on or before July 23, 2003 (by filing an entry of appearance) unless relief in the form of a stay (automatic or by motion) is afforded to them by a United States Bankruptcy Court of competent jurisdiction.

As to PYRAMIDAL FUNDING SYSTEMS, INC., NOTICE IS GIVEN that pursuant to applicable law and Local Rule a corporation or unincorporated association cannot appear without counsel, and failure to retain new counsel will have certain consequences, including the possibility that a default judgment may be entered against it in pending proceedings.

As to WILLIAM L. COATS, NOTICE IS FURTHER GIVEN that any person representing himself or herself without at attorney will be responsible for complying with

all court orders and time limitations established by any applicable rules. Failure to comply may be grounds for entry of default, dismissal or other appropriate sanctions.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, _____DEC 3 - 2007_____.

Judge of the Above-Entitled Court

Presented by:

KEITH H. RUTMAN and JAMES A. NAKANO
June 30, 2004

Approved as to form:

Jerry Hiatt, Esq.
Attorney for Plaintiff DOUGLAS M. ROGERS
June 30, 2004

John Lacy
Attorney for Third Party Defendant REASSURE AMERICA
June 30, 2004