**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2007

at 4 o'clock and 20 min. P M.
SUE BEITIA, CLERK

LODGED

DEC 13 2007  10:57am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHN R. LACY          1397-0
Alii Place, Suite 1800, 1099 Alakea Street
Honolulu, HI 96813
Telephone: 547-5600
Facsimile: 547-5880

Attorney for Third-Party Defendant
REASSURE AMERICA LIFE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DOUGLAS M. ROGERS, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PYRAMIDAL FUNDING SYSTEMS, INC., A California Corporation dba XELAN INSURANCE SERVICES; and WILLIAM L. COATS, JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; OR OTHER ENTITIES 1-20, <br><br> Defendants. | CIVIL NO. 03-00288 TSZ/BMK <br> (Declaratory Relief) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES; ORDER <br><br> Trial Date: October 11, 2004 |

2000455.1

| |
|---|
| PYRAMIDAL FUNDING SYSTEMS, INC. a California corporation dba XELAN INSURANCE SERVICES, and WILLIAM L. COATS,<br><br>            Third-Party<br>            Plaintiffs,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, an Illinois Corporation,<br><br>            Third-Party<br>            Defendant. |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### AS TO ALL CLAIMS AND ALL PARTIES

      IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS M. ROGERS, M.D. and Third-Party Defendant REASSURE AMERICA LIFE INSURANCE COMPANY, by and through their respective counsel, that any and all claims in this action be and hereby are dismissed with prejudice, each party to bear its own attorney's fees and costs.

This stipulation is made pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and is signed by all parties represented by counsel who have appeared in this action. There are no other remaining parties and/or issues. Trial in this matter was set for October 11, 2004.

DATED: Honolulu, Hawaii, DEC 12 2007

JERRY M. HIATT
DAVID R. HARADA-STONE
Attorneys for Plaintiff
DOUGLAS M. ROGERS, M.D.

JOHN R. LACY
Attorney for Third-Party Defendant
REASSURE AMERICA LIFE
INSURANCE COMPANY

APPROVED AND SO ORDERED:

_____ 12/17/07
JUDGE OF THE ABOVE-ENTITLED COURT

<u>Douglas M. Rogers, M.D. vs. Pyramidal Funding Systems, Inc. vs. Reassure Ameica Life Insurance Company,et al</u>. Civil No. 03-00288 TSZ/BMK
Stipulation for Dismissal With Prejudice As To All Claims and All Parties; Order